UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:11-cv-00430-ECR-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PAUL JONAS, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to motion (#6) filed by the Plaintiff seeking default judgment, and it appearing that the amount of damages is a liquidated sum as set forth in a declaration submitted to the Court,

IT IS ORDERED that Plaintiff shall submit a proposed form of judgment for the Court's approval.

Dated this 15th day of November 2011.

_____
EDWARD C. REED, JR.
United States District Judge