**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:11-cv-00430-ECR-VPC |
| v. | ) | |
| PAUL JONAS, | ) | **DEFAULT JUDGMENT** |
| Defendant. | ) | |

This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Default judgment is hereby entered in favor of the Plaintiff and against Defendant Paul Jonas; and

2.  Damages are awarded to the Plaintiff as follows:

    Treble damages      $ _____39,912.00_____

    Civil penalties     $ _____

    Total award         $ _____

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2011.